**Opinion issued August 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00338-CV

———————————

**KEVIN WILLIAMS AND SAVON OIL AND GAS TRANSPORTATION LLC, Appellants**

**V.**

**LONE RANGER CAPITAL INVESTMENTS LLC, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-51792**

---

## MEMORANDUM OPINION

Appellants Kevin Williams and Savon Oil and Gas Transportation LLC appeal from a judgment signed April 5, 2019. Appellants have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041;

Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellants failed to respond to our notice issued on May 29, 2019 advising that, should appellants not pay the fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.